IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVINA G. PUCETA, | : | Case No. 4:14-CV-00336 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Mehalchick) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

And now, this 4th day of March 2015, having reviewed the thorough report and recommendation of Magistrate Judge Karoline Mehalchick, to which Plaintiff did not file objections, the report and recommendation of the Magistrate Judge is **ADOPTED**. January 29, 2015, ECF No. 14. The decision of the Commissioner is **AFFIRMED**. The Clerk is directed to enter judgment in favor of the Commissioner and against the Plaintiff. The Clerk is directed to close the case file.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge